<div style="display:flex;justify-content:space-between;">

<small>ADMITTED TO PRACTICE IN COURTS OF THE STATE OF NEW YORK; UNITED STATES SUPREME COURT; U.S. COURTS OF APPEALS FOR THE SECOND AND THIRD CIRCUITS; U.S. DISTRICT COURTS FOR THE EASTERN DISTRICT OF TEXAS, DISTRICT OF NEW JERSEY, NORTHERN DISTRICT OF FLORIDA, NORTHERN DISTRICT OF ILLINOIS, DISTRICT OF CONNECTICUT, AND NORTHERN, SOUTHERN & EASTERN DISTRICTS OF NEW YORK; U.S. COURT OF INTERNATIONAL TRADE; U.S. COURT OF FEDERAL CLAIMS.</small>

**JAMES M. MALONEY**
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY



P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395

E-MAIL ADDRESS:
**maritimelaw@nyu.edu**

</div>

March 13, 2023

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Via ECF**

Re: *The Milky Whey, Inc. v. HSBC Bank USA, N.A. et al.*
23-cv-00486-RA

Dear Judge Abrams:

    I represent the plaintiff in the above-captioned matter.

    I have conferred with opposing counsel, and it is the position of all parties that no conference is needed at this time.

    Should Your Honor still wish to hold one, counsel for all parties are prepared to make themselves available by telephone this coming Friday, March 17, at 4:00 p.m.

    Having called chambers this morning, I believe that the above time and date would be convenient for the Court.

Respectfully,
/s James M. Maloney
James M. Maloney

cc: all counsel via ECF

---

Application granted. No initial status conference shall be held in this matter until the pending motion to dismiss is resolved, or until the parties otherwise request one. Given that the newly filed motion to dismiss moots the previously filed motion, the Clerk of Court is respectfully directed to terminate the motion pending at Docket No. 10.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
March 14, 2023