**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
THE MILKY WHEY, INC.,

                Plaintiff,

   -against-                                         23 **CIVIL** 0486 (LTS)

                                                         **JUDGMENT**

HSBC BANK USA, N.A. AND HSBC BANK
CANADA,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 31, 2024, Defendants' motion to dismiss the Amended Complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2024

                                                     **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                           **BY:**

                                                      **Deputy Clerk**